UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'EDRA STEELE,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No. 18-cv-01715-VC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO COMPEL ARBITRATION**<br><br>Re: Dkt. No. 19 |

    Uber Technologies, Inc.'s unopposed motion to compel arbitration is granted, and the case is dismissed without prejudice.

    **IT IS SO ORDERED.**

Dated: July 27, 2018

_____
VINCE CHHABRIA
United States District Judge