UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'EDRA STEELE,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>        Defendant. | 18-cv-01715-VC<br><br>**JUDGMENT** |

The Court now enters judgment in accordance with its order dismissing the case without prejudice, Dkt. No. 23. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: July 30, 2018

_____
VINCE CHHABRIA
United States District Judge